, Mr. Anderson. Good afternoon, Your Honors. May it please the Court. In light of the ex parte process through which the government's trial counsel reacted to our opening brief by requesting and obtaining a modified version of the three-year-old certified jury selection transcript, which nobody on the defense side was even informed about for three months after the fact, approximately three months, the information sought in this motion is the bare minimum needed to provide a semblance of equal footing. Rule 10e and the relevant precedents, including those that were initially cited by the government below for other purposes equal footing, what do you mean? So if the district court has already said that it thinks that this reflects what happened at the proceeding, isn't that dispositive? What are you going to do with the information? No, Your Honor, because the process that led to that ruling was the government did not do what is contemplated by Rule 10e by the precedents, which is, say, we think that there is actually a dispute here. We think that there's something wrong with the record here. They didn't do what the government did in Zicatello. Rule 10e is about the record on appeal, right? Mm-hmm. So the government corrects the transcript that it thinks is inaccurate, and it does actually bring a motion under Rule 10e to correct the record on appeal. No. What the government did was it contacted the district court's personally designated court reporter without informing anybody on the defense side, said, we think that this is a problem. We think, didn't the judge actually say at this page, not, instead of, I do believe that this was the case? And instead of informing anybody on the defense side, they then waited three months to let us know, and then presented that as the only, quote, evidence to the district court in support of its request to have that changed. That's exactly contrary to what is contemplated under Zicatello, this court's decision, which we cited. Right. I think we still have adversarial briefing on changing the record on appeal, right? There was no evidence, and there still hasn't been anything in the way of evidence presented, that the initial version, the certified version, the summa facie correct version of the transcript that was three years old by the time it was challenged for the first time. There was never any evidence presented, first of all, to the district court's court reporter, at least as far as we know. We would like information so we can have, you know. If you get, I guess that's my question. So if you get this information about the basis for the government's request and how it made the request and the original recording and all of that, what are you going to do? Do you think you can change the record back because it was improper to make the change? That very well could be. My thought is even if the government did something improper and should have followed a different procedure, if in fact we have the district court saying that this is what he thinks he said at the hearing and this is what the correct version of the transcript is, why isn't that dispositive? I mean, unless you think that the district court is involved in some kind of plot to alter the record. No, I think that in making that determination, the district court did not acknowledge all of the facts we presented to indicate that the government's completely unsupported request to change the transcript flew in the face of everything else the district court itself said at the time, three years ago, about its finding of the prima facie case. He might persuade the district court that he was mistaken when he said that he thought that this was the accurate version, that actually he originally did not use the word not. Yes, correct. And we would like to know what it was that the court reporter relied upon in making this change. All we know is three months later, I was told by somebody who wasn't even part of these ex parte conversations, you know, it was the government's trial counsel who had these ex parte conversations and government appellate counsel let me know 86 days later, oh, the district court reporter reviewed raw data. I don't know whether it was the recording or whether it was stenographic notes. And so there are all these conversations. We have no idea that they're even taking place. This is the opposite of what's contemplated. We cited the Supreme Court's decision in Chessman v. Teats, settling the record. Go ahead and finish your thought. Settling a record like this without one party being present, it's the opposite of what due process should be allowed. Does this standard operating procedure in the Western District for the U.S. Attorney's Office to contact a court reporter without notice to you? My only answer to you there is that I'm not admitted to practice in the Western District. I was assigned to this case for the first time on appeal. This is the same for all three appellants here. And, you know, I filed one response here. Pardon? Yes, I believe that might be a question for the government. But one thing I will note is that the government's filings here in the district court and at this level all make it clear that they think there was really nothing wrong with this process. And they don't understand why a party to a case, not just a member of the public, but why a party to a case might want to be involved in having some information as to how this record was settled. And that indicates to me that it may be going on. And if there isn't an appropriate correction offered, the government will know they can just do this in other cases. So correction, you mean, but what you're seeking is the underlying correspondence with the court reporter and that kind of thing. Correct. So you could sort of re-become involved after the fact as if you had been contacted or could have responded to these communications. The underlying correspondence with the court reporter. But it wouldn't be a problem for us that we would change the record back or anything like that. At this point, no. And if I receive the recording of the jury selection and it does conform with what the district court said and contradicts everything else the district court later said, that will be the end of it and we'll proceed with the appeal. But if I get a recording and it contradicts the new version, yes. There's no doubt. Is there any doubt that the court went ahead and did the rest of the Batson analysis? There's no doubt that the court went ahead and did the rest of the Batson analysis. The government's response brief on appeal indicates that their position is the court did not make a prima facie ruling and that even if the court did make a prima facie case ruling, that this court should reverse that decision. The government didn't file a notice of appeal or cross-appeal from that. But, you know, the government does have a response brief in which they've let their position be known here. And if you look at the heading to that section, it indicates that they still think that this is very much a defense to our appellate Batson challenge. And so we don't think, you know, in a proper interpretation of the Batson law, that it should matter at all. Because the court went beyond the first step to the second and third step, it should be moot. I don't have a perfect record of knowing whether this court's going to agree with me. So if the appeal is going to be about step three, then what does it matter what the district court said at step one? Because the government is arguing that step one wasn't even satisfied. I believe that the government's going to be wrong on that. I don't know what the panel that determines this appeal is going to decide on that. I would be ineffective if I didn't challenge, you know, the way that this record was settled as it relates to the first step. I think the appeal might reach the step one analysis you're saying, even though the district court went beyond that. It's very possible, yes. All right. Thank you very much, Mr. Anderson. Ms. Richards. May it please the Court. Monica Richards on behalf of the United States. Your Honor, I'll start right away with Judge Wesley's question about standard operating procedure. I've never done this before. This is not something that comes up, that we have a question. I would advise your line counsel that this is not appropriate procedure. I appreciate the Court's, and I have already taken those steps, that the Rule 10 procedure in the case where we have an issue like this will be followed in the future 100 percent. Does the government really have any objection to just giving defense counsel the correspondence and the recording and all of that just to see the underlying documents? I mean, Your Honor, with respect to what's already happened, where we are now, I've already I sent him the e-mail that I sent the court, that the trial USA sent the court reporter. He has that. With respect to the information then when he told me that he couldn't consent with that, that's just in my papers, that when he couldn't consent, you know, I tried to facilitate that. I said, okay, I understand. Let's just go to the court reporter, and I'll try to facilitate that. I took that initiative to try to facilitate that. And the court reporter said no, that that's not something that she can disclose, that that's not like what we think of normally in somebody's cases or like what this court does in these proceedings. She explained that to me, and I tried to say that in my papers. But there was nothing I could do at that point. So I filed the Rule 10-E. Right. So if we gave the relief that defense counsel is seeking to find out how the proceedings were recorded and to provide access to the original recording and whatever correspondence the government had with the court reporter, would you have an objection to providing that relief? No, I said that in my papers, Your Honor. I don't object if that's the way that this court wants to handle this. You've already provided all the correspondence you had with the court reporter, but that just means that you would have satisfied the terms already. It doesn't mean you have an objection to providing those materials, right? I don't know. His request for information was very specific, very demanding in terms of my specific But I gave him the e-mail, and I don't know what else to do beyond that. So do you think that the motion is requesting some material that you do not want to turn over, or you're just saying it doesn't exist? There's no other e-mails. There was a phone call that was relayed that I exactly called him right up afterwards and told him what the court reporter said, that it wasn't raw data that was readily disclosable. So that conversation was had. I don't know what else there would be. But with regard to this court's initial notice, this case here, we've already had this situation where the court reporter and the we did the Rule 10e. We already had the situation where the court reporter and the district court judge reviewed the materials. They agreed with the proposed, you know, the thought that there was a missing word in there. And now we're at a different stage in the game. But if this court has, as I said in my papers on page 5, I don't take a position. If there's an order from this court directing the district court to specify the format of the original record, I don't — I'm not going to stand in the way on that. And whatever it is in terms of these disclosure, the original notes, that's one thing. And I can say that to the court, that I personally don't have a position, but there are — this is the whole problem here, as I was advised by the court reporter — there are these rules about what they do and do not maintain or disclose. In terms of what their data is during this process, I've used the typing motion as I was doing that, but it's not even that anymore. It's some sort of a recording, and then that is digitally transcribed or somehow transcribed, and then the court reporter reviews it. This isn't a case where we have, like, the old ticker tape situation. So, again, that's not my call. Who represents, if anyone, the court reporter? That's a good question, Your Honor. I don't know. I don't know. I've always understood that our court reporters were independent. There's some suggestion in the papers. You're saying it might not be feasible to share their recording? I was told it was not feasible. That's what I shared with my colleague already. Well, we could provide — we could issue an order that requires the sharing of it to the extent feasible, and if it's not feasible, they would have to explain what it is, I suppose.  Absolutely. Okay. I don't have a position on that. Does he represent the court reporter, or is that plausible, or is it the court reporter? Not that he requires representation in any serious sense, but there are interests which he's articulated. Is it he or she? This case, it's a she, Your Honor. She's articulated an interest of some sort, presumably relying on the rules and regulations that govern court reporters. So who is going to protect those interests? I don't have any knowledge on that. Again, Your Honor, I'm not — I tried, and I was given this — I was cited this procedure. So we can figure that out, but I guess what we hear from you is that the government has no objection to providing that relief. If that's what the court decides to do, then I'm not going to — I highlight, again, on page 4 of my response, this — ooh, sorry, I'm not sure it's page 4 of this. Anyway, page 4 of my underlying document, I've given the court the guide to judiciary policies and procedures, and as far as I know, that's what governs, but I don't have a role in that. Okay. Thank you very much. Thank you. Thank you. Mr. Richards, the motion is submitted. Thank you.